UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:   John J. Hogan, Jr. ,                         Chapter: 7
       Debtor                                    Case No: 26–10064
                                       Judge Elizabeth D. Katz

## ORDER DISCHARGING TRUSTEE
## AND CLOSING CASE

It is hereby **ORDERED** that Joseph G. Butler, the Trustee is discharged from any further duties herein and that this case is hereby closed pursuant to 11 U.S.C. § 350(a).

Date:8/11/26                                      By the Court,

                                           Elizabeth D. Katz
                                           U.S. Bankruptcy Judge